**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000125
17-APR-2020
10:01 AM**

NO. CAAP-20-0000125

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HYE JA CHOI, Plaintiff-Appellant, v.
VICTORIA'S SECRET STORES, LLC, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-0168-02 VLC)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the "Cancellation of Appeal" filed April 7, 2020, by self-represented Plaintiff-Appellant Hye Ja Choi (Choi), which the court construes as a motion to dismiss the appeal, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) Choi seeks to dismiss the appeal; and (3) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, April 17, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge